| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region |
|---|---|---|---|---|---|---|---|
| 1 | 174.239.6.33 | 7818 | 2018-06-11 09:01:39 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 2 | 174.239.5.136 | 5894 | 2018-06-06 19:15:51 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 3 | 174.239.6.178 | 7816 | 2018-06-03 09:39:37 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 4 | 174.239.3.2 | 7894 | 2018-06-02 07:59:32 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 5 | 174.239.1.237 | 6294 | 2018-06-02 00:28:57 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 6 | 174.239.3.151 | 13105 | 2018-06-01 23:59:04 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 7 | 174.239.5.54 | 9378 | 2018-05-31 17:46:52 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 8 | 174.239.3.84 | 9466 | 2018-05-31 06:10:45 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 9 | 174.239.12.47 | 4508 | 2018-05-31 00:06:18 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |
| 10 | 174.239.6.35 | 6831 | 2018-05-30 23:59:47 | Once Upon A Time In Venice (2017) [1080p] [YTS.AG] | SHA1: 0F304949400375CC979FFD8BED64ED3C76AD4A07 | Verizon Wireless | Hawaii |

Exhibit 1A